IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHNNY L. WRIGHT                                                                                        PLAINTIFF

vs.                                        Civil No. 1:13-cv-1069

SGT. CARL NICHOLS;
AARON MORRIS; and
SCOTT HARTWELL                                                                                        DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed October 17, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that the above-styled case be dismissed for failure to state cognizable claims under section 1983. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. The dismissal of this action constitutes a "strike" under 28 U.S.C. § 1915(g). Therefore, the Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 8th day of November, 2013.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District